

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2015

No. 04-15-00426-CR

Roberto **CALDERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A05129
Honorable Stephen B. Ables, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All pending motions are denied as moot. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.1.

It is so **ORDERED** on August 19, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2015.

_____
Keith E. Hottle, Clerk